**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov

In re:                                                                                          Case No: 19-26381 SMG
                                                                                                Chapter 13

ILEANA RAMUDO-TOWNSEND
_____Debtor_____/

**DEBTOR'S MOTION FOR AUTHORIZATION TO SEPARATELY
CLASSIFY STUDENT LOAN HELD BY US DEPARTMENT OF JUSTICE**

The Debtor, ILEANA RAMUD-TOWNSEND, by and through undersigned attorney, files this Motion for Authorization to Separately Classify Student Loan Held by US Department of Justice, and in support thereof state as follows:

1. On December 6, 2019, the Debtor filed a Petition for Relief under Chapter 13 of the Bankruptcy Code.

2. On May 14, 2014, the Debtor entered into a payment plan with the US Department of Justice to satisfy her student loan at $ 1,000.00 per month and the curing of a $ 33,000.00 arrearage in the agreed upon repayment.

3. On or about November 6, 2019, the Debtor received a certified mail from the US Department of Justice regarding a breach in her contractual obligation on her student loans and threats of suspension of her professional license as a physician.

4. The Debtor wishes to reinstate her repayment agreement with the US Department of Justice by paying the agreed upon $ 1,000.00 per month and cure the arrears of $ 33,000.00 through the proposed Chapter 13 plan.

5. The Debtor is currently employed as a physician and as such, must not default on her student loan repayments.

6. Therefore, based upon the foregoing, the Debtor respectfully requests that this Court enter an Order separately classifying US Department of Justice and deeming the debt owed to same as payable within the Chapter 13 plan.

WHEREFORE, Debtor, ILEANA RAMUDO TOWNSEND, respectfully requests a court order for authorization to separately classify the US Department of Justice in order for the obligation

to be paid within the proposed Chapter 13 Bankruptcy Plan, and for any other and further relief that this Court deems just and proper.

    Respectfully submitted on this 27th day of January, 2020

**VAN HORN LAW GROUP, P.A.**
330 N. Andrews Ave., Suite 450
Fort Lauderdale, Florida 33301
(954) 765-3166
(954) 756-7103 (facsimile)
Terri@cvhlawgroup.com
By: /s/ Terri J Schwartz, Esq.
Terri J Schwartz, Esq.
FL Bar 0183164