**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**

IN RE:	CASE NO.: 19-26381-SMG

ILEANA RAMUDO-TOWNSEND	CHAPTER 13
AKA ILEANA RAMUDO
AKA ILEANA TOWNSEND,

DEBTOR.
_____/

**PRELIMINARY RESPONSE TO MOTION TO VALUE**

Movant, Bridgecrest Credit Company, LLC (the "Movant"), by and through counsel, pursuant to 11 U.S.C. § 506, responds in opposition to the Debtor's Motion to Value and Determine Secured Status of Lien on Personal Property (Doc. No. 23) (the "Motion") and states:

1. On October 21, 2016, the Debtor entered into a retail installment contract (the "Contract") with Bridgecrest for the purchase of a 2006 Lexus IS 250 (the "Vehicle"), with VIN ending in 0888. The Vehicle is for the personal use of the Debtor.

2. The Contract (pursuant to which Debtor made a down payment of $1,000.00) provides for monthly payments in the amount of $511.75 commencing on November 16, 2016, with a final payment of $511.51 on August 16, 2022. *See* Contract attached.

3. On January 28, 2020, Bridgecrest filed its Proof of Claim (Claim #2). The secured amount of the claim is shown as $12,708.60.

4. On January 24, 2020, Debtor filed a Motion to Value (DE 23) by which Debtor seeks an order from this Court valuing the secured claim of Bridgecrest at $3,500.00. The Debtor's Motion must be denied.

5. The Debtor's Motion seeks to value the Personal Property at less than the total amount of the Movant's claim.

6. The valuation proposed in the Debtor's Motion does not appear to accurately reflect the true market value of the Property. The NADAguides Value Report as of February 21, 2020 shows a market value of $5,875.00 for the Vehicle. *See* Report attached.

7. Therefore, the Movant opposes the Debtor's Motion.

**WHEREFORE**, the Movant respectfully requests that the Court enter an Order denying the Debtor's Motion, or in the alternative, set the Debtor's Motion for an evidentiary hearing, and grant any other relief deemed just and proper.

Respectfully submitted by,

VAN NESS LAW FIRM, PLC
1239 E. Newport Center Drive, Suite 110
Deerfield Beach, FL 33442
Phone (954) 571-2031

/s/ Maya Rubinov
Maya Rubinov, Esquire
Florida Bar No.: 99986
bankruptcy@vanlawfl.com

## CERTIFICATE OF SERVICE

I CERTIFY that a true copy of the foregoing was served on February 25, 2020 by CM/ECF electronic filing to all registered users in this matter and by U.S. Mail to the non-registered user or users below.

                    Respectfully submitted by,

                    VAN NESS LAW FIRM, PLC
                    1239 E. Newport Center Drive, Suite 110
                    Deerfield Beach, FL 33442
                    Phone (954) 571-2031

                    /s/ Maya Rubinov
                    Maya Rubinov, Esquire
                    Florida Bar No.: 99986
                    bankruptcy@vanlawfl.com

**MAILING MATRIX**

ILEANA RAMUDO-TOWNSEND
1521 SW 186TH AVE
PEMBROKE PINES, FL 33029-6146
AKA ILEANA RAMUDO
AKA ILEANA TOWNSEND