

ORDERED in the Southern District of Florida on March 20, 2020.

_____
**Scott M. Grossman, Judge**
**United States Bankruptcy Court**
_____

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**
www.flsb.uscourts.gov

In re:

ILEANA RAMUNDO-TOWNSEND          Case No: 19-26381-SMG
                                                               Chapter 13

         Debtor             /

**ORDER GRANTING DEBTOR'S MOTION FOR AUTHORIZATION TO SEPARATELY CLASSIFY STUDENT LOAN HELD BY U.S. DEPARTMENT OF JUSTICE (DE 43)**

**THIS MATTER** came before the Court on the consent portion of the Chapter 13 calendar on March 12, 2020 at 1:00 P.M. for hearing on the *Debtor's Motion to Separately Classify Student Loan Held by U.S. Department of Justice* (DE #43; the "Motion"). The Court, having reviewed the Motion, without opposition, finds that good cause exists to grant the Motion. It is so **ORDERED:**

1

1. The Motion is **GRANTED**.

2. In accordance with the payment agreement between the Debtor and the U.S. Department of Justice entered into on May 23, 2014, the Debtor shall make payments of $ 1,000.00 per month through the Chapter 13 Bankruptcy plan toward repayment of her student loan.

3. The Court reserves jurisdiction to enforce the terms of this Order.

###

Submitted by:

Chad Van Horn, Esq.
Florida Bar No. 64500
**VAN HORN LAW GROUP, P.A.**
330 N Andrews Ave., Suite 450
Fort Lauderdale, FL 33301
Telephone: (954) 765-3166
Facsimile: (954) 756-7103
Email: Chad@cvhlawgroup.com

*Chad Van Horn, Esq. is hereby directed to provide a conformed copy of this Order to all parties-in-interest and to file a Certificate of Service as to same.*